of Appeals for the Seventh Circuit is granted. *Messrs. Saul S. Myers* and *Selden Bacon* for petitioners. *Messrs. Wm. E. Leahy, Edmund M. Toland, Wm. J. Hughes, Jr.,* and *A. L. Schapiro* for respondent.

No. 634. Daube *v.* United States. March 4, 1933. Petition for writ of certiorari to the Court of Claims granted, limited to the question raised by the assessment for the year 1919. *Messrs. John E. Hughes* and *William Cogger* for petitioner. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, Charles F. Kincheloe, H. Brian Holland,* and *L. A. Smith* for the United States.

No. 626. Fidelity & Deposit Co. *v.* Arenz. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Elton Watkins* and *John Lichty* for petitioner. No appearance for respondent.

No. 657. Federal Radio Commission *v.* Nelson Brothers Bond & Mortgage Co.;

No. 658. Same *v.* North Shore Church;

No. 659. Federal Radio Commission et al. *v.* Nelson Brothers Bond & Mortgage Co.; and

No. 660. Same *v.* North Shore Church. March 13, 1933. Petitions for writs of certiorari to the Court of Appeals of the District of Columbia granted. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, Wm. G. Davis,* and *Erwin N. Griswold* for Federal Radio Commission, petitioner. *Mrs. Mabel Walker Willebrandt* for Johnson-Kennedy Radio Corp., intervener-petitioner.

*Messrs. John Strother Boyd, Edward Clifford, Geo. R. Beneman, Fred W. Weitzel,* and *James M. Beck* for respondents.

No. 677. UNITED STATES EX REL. GREATHOUSE ET AL. *v.* HURLEY, SECRETARY OF WAR, ET AL. March 13, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Messrs. J. Harry Covington, John Marshall,* and *Spencer Gordon* for petitioners. *Solicitor General Thacher* for respondents.

No. 680. GROSS ET AL. *v.* IRVING TRUST Co.;
No. 681. WEISMAN ET AL., RECEIVERS, *v.* SAME; and
No. 682. GROSS ET AL. *v.* SAME. March 13, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Merritt Lane* for petitioners. *Messrs. Samuel Kaufman, Nathan Bilder,* and *Arthur Leonard Ross* for respondent.

No. 276. FORT SMITH SUBURBAN RY. Co. ET AL. *v.* KANSAS CITY SOUTHERN RY. Co. See same case, *ante,* p. 587.

No. 602. NEW YORK EX REL. ROTHENBERG *v.* LAWES, WARDEN. January 16, 1933. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further herein *in forma pauperis,* denied. *Mr. Herman Rothenberg, pro se.* No appearance for